REDACTED COPY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**DEL RIO DIVISION**

FILED

2018 MAY 16  PM 12: 53

CLERK. U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
      DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| WILMER ALEXANDER PORTILLO- | § | Illegal Re-entry into the United States.] |
| AMADOR | | |

# DR18CR0946

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 16, 2018, in the Western District of Texas, Defendant,

WILMER ALEXANDER PORTILLO-AMADOR,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about March 6,

2018, and that the Defendant had not received the consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By:_____
    SARAH ELLA SPEARS
    Assistant United States Attorney

SEALED:
UNSEALED: XX

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

# DR18CR0946

COUNTY: MAVERICK            USAO#: 2018R07930

DATE: MAY 16, 2018          MAG. CT. #: DR18-3580M

AUSA: SARAH ELLA SPEARS

DEFENDANT: WILMER ALEXANDER PORTILLO-AMADOR

CITIZENSHIP: HONDURAS

INTERPRETER NEEDED: YES     LANGUAGE: SPANISH

DEFENSE ATTORNEY: DALILA PAXTON

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED      DATE OF ARREST: APRIL 16, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (CODE & DESCRIPTION): 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3